**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| WI-LAN INC., § § Plaintiff, § § v. § § ALCATEL-LUCENT USA INC.; § TELEFONAKTIEBOLAGET LM § ERICSSON; ERICSSON INC.; SONY § ERICSSON MOBILE COMMUNICATIONS § AB; SONY ERICSSON MOBILE § COMMUNICATIONS (USA) INC.; HTC § CORPORATION; HTC AMERICA, INC.; § EXEDEA INC.; LG ELECTRONICS, INC.; § LG ELECTRONICS MOBILECOMM U.S.A., § INC.; LG ELECTRONICS U.S.A., INC. § § Defendants. § § | Civil Action No. 6:10-cv-521<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Wi-LAN Inc. hereby discloses that Wi-LAN Inc. does not have a parent corporation, and no publicly-held company owns 10% or more of its stock.

US 584430v.1

Dated:  October 6, 2010                    Respectfully submitted,

                                           By:   /s/ David B. Weaver

                                               Johnny Ward
                                               Texas State Bar No. 00794818
                                               Wesley Hill
                                               Texas State Bar No. 24032294
                                               WARD & SMITH LAW FIRM
                                               111 W. Tyler Street
                                               Longview, TX 75601
                                               Tel:  (903) 757-6400
                                               Fax: (903-757-2323
                                               jw@jwfirm.com
                                               wh@jwfirm.com

                                               David B. Weaver – LEAD ATTORNEY
                                               Texas State Bar No. 00798576
                                               David D. Hornberger
                                               Texas State Bar No. 24055686
                                               VINSON & ELKINS LLP
                                               2801 Via Fortuna, Suite 100
                                               Austin, TX 78746
                                               Tel:  (512) 542-8400
                                               dweaver@velaw.com
                                               dhornberger@velaw.com

                                               Charles P. Ebertin
                                               VINSON & ELKINS LLP
                                               525 University Avenue, Suite 410
                                               Palo Alto, CA 94301-1918
                                               Tel:  (650) 617-8400
                                               cebertin@velaw.com

                                               *Attorneys for Plaintiff, Wi-LAN Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 6th day of October, 2010.

                                              /s/ David B. Weaver
                                              David B. Weaver