**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| WI-LAN INC., § § Plaintiff, § § v. § § ALCATEL-LUCENT USA INC.; § TELEFONAKTIEBOLAGET LM § ERICSSON; ERICSSON INC.; SONY § ERICSSON MOBILE COMMUNICATIONS § AB; SONY ERICSSON MOBILE § COMMUNICATIONS (USA) INC.; HTC § CORPORATION; HTC AMERICA, INC.; § EXEDEA INC.; LG ELECTRONICS, INC.; § LG ELECTRONICS MOBILECOMM U.S.A., § INC.; LG ELECTRONICS U.S.A., INC. § § Defendants. § § | Civil Action No. 6:10-cv-521-LED JURY TRIAL DEMANDED |

**WI-LAN INC.'S REPLY TO DEFENDANT SONY ERICSSON MOBILE
COMMUNICATIONS AB'S ANSWER AND COUNTERCLAIMS TO
<u>PLAINTIFF'S ORIGINAL COMPLAINT</u>**

Plaintiff Wi-LAN Inc. ("Wi-LAN") hereby replies to the numbered paragraphs of the Counterclaims of Defendant Sony Ericsson Mobile Communications AB ("SEAB") as follows:

Wi-LAN reasserts and incorporates by reference herein its allegations set forth in paragraphs 1-68 of its original Complaint.

1. Wi-LAN admits that SEAB is a corporation organized and existing under the laws of Sweden having its principal place of business at Nya Vattentornet, Lund, Sweden SE-221 88.

2. Wi-LAN admits that it is a corporation organized under the laws of Canada with its principal place of business at 11 Holland Ave., Suite 608, Ottawa, Ontario, Canada.

3.      Wi-LAN admits that the Court has subject-matter jurisdiction over SEAB's Counterclaims.

## BREACH OF CONTRACT

4.      Wi-LAN admits Wi-LAN and SEAB executed a Patent and Conflict Resolution Agreement having an effective date of November 1, 2007.  Wi-LAN denies the remaining allegations of paragraph 4 of SEAB's Counterclaims.

5.      Wi-LAN denies the allegations of paragraph 5 of SEAB's Counterclaims.

6.      Wi-LAN admits SEAB has performed at least one duty under the Patent and Conflict Resolution Agreement, but denies the remaining allegations of paragraph 6 of SEAB's Counterclaims.

7.      Wi-LAN denies the allegations of paragraph 7 of SEAB's Counterclaims.

## NON-INFRINGEMENT AND INVALIDITY OF THE '819 PATENT

8.      Wi-LAN admits the allegations of paragraph 8 of SEAB's Counterclaims.

9.      Wi-LAN admits the allegations of paragraph 9 of SEAB's Counterclaims.

10.     Wi-LAN denies the allegations of paragraph 10 of SEAB's Counterclaims.

11.     Wi-LAN denies the allegations of paragraph 11 of SEAB's Counterclaims.

## NON-INFRINGEMENT AND INVALIDITY OF THE '211 PATENT

12.     Wi-LAN admits the allegations of paragraph 12 of SEAB's Counterclaims.

13.     Wi-LAN admits the allegations of paragraph 13 of SEAB's Counterclaims.

14.     Wi-LAN denies the allegations of paragraph 14 of SEAB's Counterclaims.

15.     Wi-LAN denies the allegations of paragraph 15 of SEAB's Counterclaims.

## REPLY TO PRAYER FOR RELIEF

To the extent a reply is necessary, Wi-LAN denies that SEAB is entitled to any of the relief requested in its Prayer for Relief.

## WI-LAN'S PRAYER FOR RELIEF

In view of the foregoing, Wi-LAN respectfully requests the following relief:

A. An order dismissing with prejudice SEAB's Counterclaims;

B. An order finding Wi-LAN has not breached the Patent and Conflict Resolution agreement executed by SEAB and Wi-LAN and that SEAB has not suffered any actual damages;

C. SEAB's prayer for attorney's fees and costs be denied;

D. Judgment be entered in favor of Wi-LAN that each of the claims of the '819, and '211 patents is valid and infringed;

E. An order declaring that this is an exceptional case and awarding Wi-LAN its costs, expenses, and reasonable attorney fees under 35 U.S.C. § 285 and all other applicable statutes, rules, and common law, including all such laws governing contracts in the State of New York; and

F. The Court award Wi-LAN the relief sought in its original Complaint.

Dated:  February 17, 2011				Respectfully submitted,


							By: /s/ David B. Weaver w/permission Wesley Hill

							Johnny Ward
							Texas State Bar No. 00794818
							Wesley Hill
							Texas State Bar No. 24032294
							WARD & SMITH LAW FIRM
							111 W. Tyler Street
							Longview, TX 75601
							Tel:  (903) 757-6400
							Fax: (903-757-2323
							jw@wsfirm.com
							wh@wsfirm.com

							David B. Weaver – LEAD ATTORNEY
							Texas State Bar No. 00798576
							David D. Hornberger
							Texas State Bar No. 24055686
							VINSON & ELKINS LLP
							2801 Via Fortuna, Suite 100
							Austin, TX 78746
							Tel:  (512) 542-8400
							Fax: (512)236-3476
							dweaver@velaw.com
							dhornberger@velaw.com

							Chuck P. Ebertin
							California State Bar No. 161374
							VINSON & ELKINS LLP
							525 University Avenue, Suite 410
							Palo Alto, CA 94301-1918
							Tel:  (650) 687-8204
							Fax: (650) 618-8508
							cebertin@velaw.com

							*Attorneys for Plaintiff, Wi-LAN Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of February, 2011.

/s/ Wesley Hill
Wesley Hill

US 735968v.1