**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| WI–LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL–LUCENT USA INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 6:10–CV–521–LED |

## ORDER

Before the Court is the Unopposed Motion for Leave to Supplement Defendants' Invalidity Contentions. The Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Defendants are hereby granted leave to supplement their Invalidity Contentions.

**So ORDERED and SIGNED this 24th day of October, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**