**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| ALCATEL-LUCENT USA INC.; § | | |
| TELEFONAKTIEBOLAGET LM ERICSSON; § | Civil Action No. 6:10-cv-521-LED | |
| ERICSSON INC.; SONY MOBILE § | | |
| COMMUNICATIONS AB; SONY MOBILE § | JURY TRIAL DEMANDED | |
| COMMUNICATIONS (USA) INC.; HTC § | | |
| CORPORATION; HTC AMERICA, INC.; § | | |
| EXEDEA INC.; LG ELECTRONICS, INC.; LG § | | |
| ELECTRONICS MOBILECOMM U.S.A., INC.; § | | |
| LG ELECTRONICS U.S.A., INC. § | | |
| § | | |
| Defendants. § | | |
| § | | |

**ORDER GRANTING JOINT MOTION**
**TO AMEND DOCKET CONTROL ORDER**

Before the Court is the Joint Motion of the Parties to Amend the Docket Control Order. Having considered the Motion and for good cause appearing, the Court is of the opinion that the Motion should be granted.  It is  ORDERED that the Docket Control Order (dkt. no. 99) is amended as follows:

| Event | Current | Revised |
|---|---|---|
| Parties with burden of proof designate expert witnesses (nonconstruction issues).<br>Expert witness reports due.  Refer to Local Rules for required information | Aug. 24, 2012 | Sept. 21, 2012 |
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due.  Refer to Local Rules for required information. | Sept. 21, 2012 | Oct. 19, 2012 |
| Discovery deadline. | Oct. 19, 2012 | Nov. 16, 2012 |

| | | |
|---|---|---|
| Parties to Identify Trial Witnesses; Amend Pleadings (after Markman Hearing). | Nov. 2, 2012 | Nov. 20, 2012 |
| Parties to Identify Rebuttal Trial Witnesses. | Nov. 13, 2012 | Nov. 30, 2012 |
| Dispositive Motions due from all parties and any other motions that may require a hearing (including Daubert motions) due. | Nov. 16, 2012 | Dec. 7, 2012 |
| Response to Dispositive Motions (including Daubert motions) due. | Dec. 17, 2012 | Jan. 18, 2013 |