**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| WI-LAN INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ALCATEL-LUCENT USA INC., *et al.* § <br> § <br> Defendants. § <br> § <br> § | Civil Action No. 6:10-cv-521-LED <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION
TO AMEND DOCKET CONTROL ORDER**

Before the Court is Wi-LAN's Unopposed Motion to Amend the Docket Control Order. Having considered the Motion and for good cause appearing, the Court is of the opinion that the Motion should be GRANTED. It is ORDERED that the Docket Control Order (Dkt. No. 99, as amended by Dkt. No. 215) is amended as follows:

| Event | Current | Revised |
|---|---|---|
| Parties with burden of proof designate expert witnesses (non-damages issues). Expert witness reports due (non-damages issues). | Sept. 21, 2012 | (no change) |
| Parties with burden of proof designate expert witnesses (damages issues). Expert witness reports due (damages issues). | Sept. 21, 2012 | Sept. 26, 2012 |
| Parties designate rebuttal expert witnesses (non-damages issues). Rebuttal expert witness reports due (non-damages issues). | Oct. 19, 2012 | (no change) |
| Parties designate rebuttal expert witnesses (damages issues). Rebuttal expert witness reports due (damages issues). | Oct. 19, 2012 | Oct. 24, 2012 |

So **ORDERED** and **SIGNED** this 7th day of September, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**