# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:10-cv-521-LED |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ALCATEL-LUCENT USA INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION
## TO AMEND DOCKET CONTROL ORDER

Before the Court is Wi-LAN Inc.'s Unopposed Motion to Amend the Docket Control Order. Having considered the Motion the Court is of the opinion that the Motion should be GRANTED. It is ORDERED that the Docket Control Order (Dkt. No. 99, as amended by Dkt. Nos. 216 and 226) is amended as follows: Wi-LAN's infringement expert report concerning the Ericsson defendants shall be due on October 5, 2012, and Ericsson's responsive expert report on non-infringement shall be due on November 2, 2012.

**So ORDERED and SIGNED this 1st day of October, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**