IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:10-cv-521-LED |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ALCATEL-LUCENT USA INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO SUPPLEMENT
INVALIDITY EXPERT REPORT AND AMEND DOCKET CONTROL ORDER**

Before the Court is the Unopposed Motion to Supplement Invalidity Expert Report and Amend Docket Control Order. Having considered the Motion and for good cause appearing, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that Defendants are hereby granted leave to serve a supplement to their expert report on invalidity by October 25, 2012. It is further ORDERED that the Docket Control Order(Dkt. No. 99, as amended by Dkt. Nos. 216, 226, 232, and 238) is further amended as follows: (1) Wi-LAN shall have until November 2, 2012 to serve its responsive expert report concerning validity; and (2) Alcatel-Lucent shall have until November 2, 2012 to serve its responsive expert report concerning infringement.

**So ORDERED and SIGNED this 31st day of October, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**