# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 6:10-CV-521 |
| ALCATEL-LUCENT USA INC., | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 6:13-CV-252 |
| vs. | § | |
| | § | |
| HTC CORPORATION, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby designates trial times for the above-styled cases as follows:

| | |
|---|---|
| Voir Dire: | 30 minutes per side |
| Opening Statement: | 40 minutes per side |
| Closing Argument: | 1 hour per side |
| Direct and Cross Examination: | 15 hours per side |

The Court will only conduct jury selection on Monday, July 1, 2013. Opening Statements will proceed on Monday, July 8, 2013.

Furthermore, as stated at the hearing, Alcatel-Lucent and HTC's Motion for Summary Judgment of Invalidity (610cv521, Dkt. No. 347 and 613cv252, Dkt. No. 347) is **DENIED AS MOOT** per agreement of the parties.

**So ORDERED and SIGNED this 28th day of June, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**