# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:**   July 15, 2013

**LEONARD DAVIS**
**Judge Presiding**

Law Clerk:   Josue Caballero
Chief Staff Attorney:   Nicole Mitchell

Court Reporter:   Shea Sloan & Judy Werlinger
Judicial Assistant:   Carrie King

| **WI-LAN, INC.**<br><br>V.<br><br>**ALCATEL-LUCENT USA, INC., ET AL.** | **CIVIL ACTION NO**: **6:10cv521**<br>**JURY TRIAL – DAY 6** |
|---|---|
| **WI-LAN, INC.**<br><br>V.<br><br>**HTC CORPORATION, ET AL.** | **CIVIL ACTION NO: 6:13cv252**<br>**JURY TRIAL – DAY 6** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|

**SEE SIGN-IN SHEETS**

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:   8:58 AM**                                    **ADJOURN:     1:58 PM**

| TIME: | MINUTES: |
|---|---|
| 9:00 AM | **Trial resumed.   Jury Panel seated in Courtroom.** |
|  | Court welcomed the parties.   Court Charge given to the Jury. |
| 10:08 AM | **Jury excused for break.   Court in recess.** |
| 10:25 AM | **Trial resumed.   Jury Panel seated in Courtroom.** |
|  | Mr. Weaver presented closing arguments to the Jury on behalf of Plaintiff, WI-LAN Inc. |
|  | Mr. Arovas requested to approach the bench.   Bench conference held. |
|  | Mr. Hill presented additional closing arguments to the Jury on behalf of Plaintiff. |
|  | Mr. Arovas presented closing arguments to the Jury on behalf of all Defendants. |
|  | Mr. Hill presented rebuttal closing arguments to the Jury on behalf of Plaintiff. |
|  | Court addressed the Jury and gave them some final instructions. |
| 12:25 PM | **Jury excused to commence deliberations.** |
|  | Court addressed the parties and inquired if there was anything further.   Nothing further. |
| 12:26 PM | **Court in recess.   Jury deliberating.** |

| TIME: | MINUTES: |
|---|---|
| 1:32 PM | **Trial resumed.** |
|  | Court addressed the parties. **Jury Panel seated in Courtroom.** |
|  | Court addressed jury and inquired if they have reached a verdict. Jury foreperson responded. Verdict form tendered to the Court. |
|  | Court asked Clerk to read the verdict. Verdict read. Court inquired if the parties wished to poll the jury. No polling requested. |
|  | Court addressed the jury and gave them further instructions. Court excused the jury to the jury room where someone would be there to excuse them. |
| 1:37 PM | **Jury excused from the Courtroom.** |
|  | Court addressed the parties. Nothing further from the parties. |
| 1:38 PM | There being nothing further, Court adjourned. |