IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WI-LAN INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO. 6:10-CV-521** |
| **ALCATEL-LUCENT USA INC.,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **WI-LAN INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:13-CV-252** |
| **vs.** | § | |
| | § | |
| **HTC CORPORATION,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**AMENDED FINAL JUDGMENT**

This action was tried by a jury with the undersigned presiding, and the jury has reached a verdict.

It is **ORDERED** that Defendants Alcatel-Lucent USA Inc.; Ericsson Inc.; and Telefonaktiebolaget LM Ericsson did not infringe the following claims:

- Claims 2, 5, and 9 of U.S. Patent No. 6,088,326;

- Claims 11 and 12 of U.S. Patent No. 6,195,327; and

- Claim 11 of U.S. Patent No. 6,222,819.

It is also **ORDERED** that Defendants HTC Corporation; HTC America, Inc.; Exedea Inc.; Sony Mobile Communications AB; and Sony Mobile Communications (USA) Inc. did not infringe the following claims:

- Claims 2 and 5 of U.S. Patent No. 6,381,211.

It is further **ORDERED** that the following claims are invalid:

- Claims 2, 5, and 9 of U.S. Patent No. 6,088,326;

- Claim 11 of U.S. Patent No. 6,222,819; and

- Claims 2 and 5 of U.S. Patent No. 6,381,211.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Wi-Lan Inc. take nothing from Alcatel-Lucent USA Inc.; Ericsson Inc.; Telefonaktiebolaget LM Ericsson; HTC Corporation; HTC America, Inc.; Exedea Inc.; Sony Mobile Communications AB; and Sony Mobile Communications (USA) Inc. (collectively "Defendants") and that all pending motions are **DENIED**.

It is further **ORDERED, ADJUDGED, AND DECREED** that Defendants' costs of court should be taxed against Plaintiff. The parties are directed to the Standing Order Regarding Bill of Costs on the Court's website.

**So ORDERED and SIGNED this 22nd day of July, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**