# Exhibit G

```
                                                                    1


 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                         TYLER DIVISION

 3
    WI-LAN, INC.                    )
 4                                                DOCKET NO. 6:10cv521
        -vs-                        )
 5                                                Tyler, Texas
    ALCATEL-LUCENT USA, INC.,                     12:45 p.m.
 6  ET AL                           )             July 9, 2013

 7  *******************************************************

 8  WI-LAN, INC.                    )
                                                  DOCKET NO. 6:13cv252
 9      -vs-                        )

10  HTC CORPORATION,
    ET AL                           )
11

12

13

14                       TRANSCRIPT OF TRIAL
                          AFTERNOON SESSION
15            BEFORE THE HONORABLE LEONARD DAVIS,
          UNITED STATES CHIEF DISTRICT JUDGE, AND A JURY
16

17

18

19

20  COURT REPORTERS:         MS. SHEA SLOAN
                             MS. JUDY WERLINGER
21                           211 W. Ferguson
                             Tyler, Texas   75702
22                           shea_sloan@txed.uscourts.gov

23

24  Proceedings taken by Machine Stenotype; transcript was
    produced by a Computer.
25
```

84

```
 1     Q.   All right.
 2     A.   Let me try to underline.
 3     Q.   Okay.
 4     A.   Samsung.  I think -- I think that's --
 5     Q.   You think that's all you see there?
 6     A.   Yeah.  There are some other companies where we
 7  have -- you know, these are all --
 8     Q.   Hold on a second.  We don't want to spoil the
 9  mystery.
10          Tell us, what do these companies have in
11  common?
12     A.   They are all companies that would -- that have
13  taken licenses from Wi-LAN for various technologies.
14     Q.   Okay.  Are there any of the companies that are
15  listed on this slide that were members of the 3GPP
16  standard-setting process that have taken license to the
17  patents-in-suit in this case?
18     A.   Yes, there are.
19     Q.   All right.  Which ones?
20     A.   We have Motorola, Samsung, Panasonic was --
21  and we're negotiating with them again -- Fujitsu, and
22  LG.
23     Q.   Okay.  So despite having participated in the
24  3GPP standard-setting process, these companies came to
25  Wi-LAN and took a patent -- took a license to the
```

85

1  patents that are involved in this lawsuit?
2       A.   They did.  Yes.
3       Q.   In fact, more than that.  They took a license
4  to your wireless portfolio, in fact?
5       A.   Yes, they did.
6       Q.   Let's talk a little bit more about that.
7            How many licensees do you think Wi-LAN has had
8  to the patents in this case?
9       A.   I would put the number at about 70 companies
10 have taken licenses that included the patents-in-suit.
11      Q.   Okay.  And you mention here on this slide
12 Samsung, LG, Motorola.  What about RIM?
13      A.   Yes, they have a license.  Did I miss their
14 name?
15      Q.   They're not on the slide.  I'm asking you
16 about some others.
17      A.   Sure.  No problem.
18      Q.   RIM has.  What does RIM make?  They make a
19 product.  Most people know it by a different name.
20      A.   Yeah, they make the BlackBerry smartphone.
21      Q.   How about Sharp?
22      A.   Yes.  Sharp took a license as well.
23      Q.   Okay.  And so all total, you think it's close
24 to 70?
25      A.   Yeah.  Roughly, yes.