**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |  |
|---|---|---|
| WI-LAN INC., | § | |
|  | § | |
|  | § | |
| Plaintiff, | § | Civil Action No. 6:10-CV-521-LED |
| v. | § | Civil Action No. 6:13-CV-252-LED |
|  | § | |
| ALCATEL-LUCENT USA INC., *et al.*, | § | CASES CONSOLIDATED FOR TRIAL |
|  | § | |
| Defendants. | § | |
|  | § | |
|  | § | |

## <u>ORDER</u>

Before the Court is Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendant Alcatel-Lucent USA Inc.'s ("Alcatel-Lucent") Stipulation and Joint Motion to Dismiss with Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1)     All claims at issue between Wi-LAN and Alcatel-Lucent in this action, including all claims presented by Wi-LAN and all of Alcatel-Lucent's counterclaims, are dismissed with prejudice;

(2)     Wi-LAN and Alcatel-Lucent each shall bear their own costs and attorneys' fees;

(3)     The following are ordered WITHDRAWN:

　　　a.    Alcatel Lucent's joinder to Defendants' Motion to Recover Attorneys' Fees (Dkt. No. 475);

　　　b.    Alcatel-Lucent's Agreed Bill of Costs (Dkt. No. 478);

c.  Alcatel-Lucent's joinder to Defendants' oppositions (Dkt. Nos. 491, 492) to Wi-LAN's Motion for a New Trial (Dkt. No. 481) and Renewed Motion for Judgment as a Matter of Law of No Invalidity (Dkt. No. 482);

d.  Alcatel-Lucent's joinder to Alcatel-Lucent and HTC's opposition (Dkt. No. 495) to Wi-LAN, Ericsson, and Sony Mobile's Partially Opposed Joint Motion to Seal Certain Trial Exhibits.

**So ORDERED and SIGNED this 18th day of September, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**