**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **WI-LAN INC.,** | § § § | |
| Plaintiff, | § § | Case No. 6:10-cv-521 |
| v. | § § | *Consolidated with* |
| **ALCATEL-LUCENT USA INC., et al.,** | § § § | Case No. 6:13-cv-252 |
| Defendant. | § § § | |

## ORDER

Trial in this case concluded on July 15, 2013. The Court hereby sets all post-trial motions for hearing on **December 18, 2013, at 9:00 am**. The parties are **ORDERED** to attend mediation by **November 1, 2013**.

**So ORDERED and SIGNED this 30th day of September, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**