**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **WI-LAN INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | **CASE NO. 6:10-CV-521** |
| **ALCATEL-LUCENT USA INC.,** § | |
| **ET AL.,** § | |
| § | |
| Defendants. § | |

**ORDER**

Having decided the various post-trial motions (Docket No. 529) and pursuant to the Final Judgment entered July 22, 2013 (Docket No. 471), there are no further matters in this case requiring the Court's attention. Accordingly, any pending motions are **DENIED AS MOOT** and the Clerk of the Court is hereby directed to close this case.

So ORDERED and SIGNED this 7th day of February, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**