– 1 –

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| WI-LAN INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALCATEL–LUCENT USA INC., *et al.*,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 6:10–CV–521–LED<br><br>JURY TRIAL DEMANDED |

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendants Telefonaktiebolaget LM Ericsson, Ericsson Inc., Sony Mobile Communications AB and Sony Mobile Communications (USA) Inc. appeal to the United States Court of Appeals for the Federal Circuit from the Court's January 28, 2014 Order (Dkt. No. 529) denying Defendants' motion to recover attorneys' fees.

– 2 –

Dated: February 27, 2014               Respectfully submitted,

/s/ Richard L. Wynne, Jr.
Bruce S. Sostek (Lead Attorney)
  State Bar No. 18855700
  Bruce.Sostek@tklaw.com
Richard L. Wynne, Jr.
  State Bar No. 24003214
  Richard.Wynne@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR DEFENDANTS
TELEFONAKTIEBOLAGET LM ERICSSON,
ERICSSON INC., SONY MOBILE
COMMUNICATIONS AB, and SONY MOBILE
COMMUNICATIONS (USA) INC.

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically via the Court's ECF system and served electronically on all counsel of record on February 27, 2014.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.

9146559.1