NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WI-LAN, INC.,**
*Plaintiff – Appellant,*

v.

**ALCATEL-LUCENT USA INC.,**
*Defendant,*

**and**

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., SONY MOBILE COMMUNICATIONS (USA), INC., AKA Sony Ericsson Mobile Communications (USA), Inc., SONY MOBILE COMMUNICATIONS AB, AKA Sony Ericsson Mobile Communications AB,**
*Defendants - Cross-Appellants.*

———————————

14-1320, -1322

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 6:10-cv-00521-LED, United States District Judge Leonard Davis.

--------------------------------

## O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

April 1, 2014                /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court

**ISSUED AS A MANDATE:** April 1, 2014