# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1320, 14-1322

**WI-LAN, INC.,**
*Plaintiff – Appellant,*

v.

**ALCATEL-LUCENT USA INC.,**
*Defendant,*

**and**

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., SONY MOBILE COMMUNICATIONS (USA), INC., AKA Sony Ericsson Mobile Communications (USA), Inc., SONY MOBILE COMMUNICATIONS AB, AKA Sony Ericsson Mobile Communications AB,**
*Defendants - Cross-Appellants.*

Appeal from the United States District Court for the Eastern District of Texas in No. 6:10-cv-00521-LED, United States District Judge Leonard Davis.

## MANDATE

In accordance with the judgment of this Court, entered April 01, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court