# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1566

**WI-LAN, INC.,**
*Plaintiff-Appellee,*

v.

**ALCATEL-LUCENT USA, INC.,**
*Defendant,*

and

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., SONY MOBILE COMMUNICATIONS AB**
**(also known as Sony Ericsson Mobile Communications AB),**
**and SONY MOBILE COMMUNICATIONS (USA), INC.**
**(also known as Sony Ericsson Mobile Communications (USA), Inc.),**
*Defendants-Appellants.*

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0521, Chief Judge Leonard Davis.

## MANDATE

In accordance with the judgment of this Court, entered August 1, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $1037.20 were determined and taxed against the appellants.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Jacob Kevin Baron
Clerk of Court, Eastern District of Texas (Tyler)
Justin Scott Cohen
James Michael Heinlen
Joshua C. Krumholz

Aaron Matthew Nathan
Ajeet P. Pai
Matthew D. Powers
Jason Lee Romrell
Avelyn Marie Ross
Bruce Sostek
Kara F. Stoll
David B. Weaver
Richard L. Wynne Jr.